# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID CHAFKAR,<br><br>    Plaintiff,<br><br>v.<br><br>BRACHFELD LAW OFFICE, P.C.,<br><br>    Defendant. | Case No. 2:12-cv-01101-LDG (GWF)<br><br>**ORDER** |

For good cause shown,

THE COURT **ORDERS** that Plaintiff's Motion for Attorney's Fees (#11) is GRANTED as follows; Plaintiff David Chafkar shall recover Attorney's Fees in the amount of $2,272.50 from Defendant Brachfeld Law Office, P.C.

THE COURT FURTHER **ORDERS** that Plaintiff's Request for Status Check (#17) is DENIED as moot.

DATED this 27 day of March, 2013.

_____
Lloyd D. George
United States District Judge